NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1442

UNITED STATES,

Plaintiff-Appellee,

v.

FORD MOTOR COMPANY,

Defendant-Appellant.

David A. Levitt, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for plaintiff-appellee. With him on the brief were Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director.

Robert B. Silverman, Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt, LLP, of New York, New York, argued for defendant-appellant. With him on the brief was Frances P. Hadfield. Of counsel on the brief was Paulsen K. Vandevert, Ford Motor Company, World Headquarters, of Dearborn, Michigan.

Appealed from: United States Court of International Trade

Senior Judge Nicholas Tsoucalas

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1442

UNITED STATES

Plaintiff-Appellee,

v.

FORD MOTOR COMPANY,

Defendant-Appellant.

# Judgment

ON APPEAL from the        United States Court of International Trade

in CASE NO(S).        02-00116

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

   Per Curiam (MICHEL, Chief Judge, LOURIE and GAJARSA, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED May 6, 2008         /s/ Jan Horbally
                          Jan Horbaly, Clerk